UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JASON KRON | CIVIL ACTION |
| VERSUS | NO. 10-518 |
| ROBERT C. TANNER, WARDEN, ET AL. | SECTION: "F" (3) |

## O R D E R

Plaintiff previously filed a motion for appointment of counsel which was denied. Rec. Docs. 4 and 8. He has now filed another such motion. Rec. Doc. 22. That repetitive motion is likewise **DENIED**.

As noted in the Court's original ruling, "[a] district court should appoint counsel in a civil rights case only if presented with *exceptional* circumstances." Norton v. Dimazana, 122 F.3d 286, 293 (5th Cir. 1997) (emphasis added). Having considered that fact, as well as the factors set forth in Ulmer v. Chancellor, 691 F.2d 209, 213 (5th Cir. 1982), the Court finds that appointment of counsel is not warranted in this case. Plaintiff's claims are neither factually nor legally complex. Further, the Court previously granted plaintiff's request for the production of records, and there is no indication that other extensive discovery or investigation will be required. Moreover, plaintiff has represented himself ably to this point, by filing a detailed complaint and pertinent motions. The Court is convinced that he possesses sufficient skills to litigate his claims at a trial, if one is

necessary.

New Orleans, Louisiana, this nineteenth day of May, 2010.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**