UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JASON KRON                                                    CIVIL ACTION

VERSUS                                                        NO. 10-518

ROBERT C. TANNER, WARDEN, ET AL.                              SECTION "F"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Partial Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Partial Report and Recommendation, hereby approves the Partial Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's official-capacity claims are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all of plaintiff's individual-capacity claims are **DISMISSED WITH PREJUDICE**, except for the individual-capacity claims against David Alford and Ronnie Seal concerning the use of excessive force on March 4, 2010.

**IT IS FURTHER ORDERED** that the individual-capacity claims against David Alford and Ronnie Seal concerning the use of excessive force on March 4, 2010, are allowed to proceed pending further review.

New Orleans, Louisiana, this 6th day of August, 2010.

UNITED STATES DISTRICT JUDGE