# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON KRON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 10-518** |
| **ROBERT C. TANNER, WARDEN, ET AL.** | **SECTION "F"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion, Rec. Doc. 33, is **DENIED** as to his request for a stay but **GRANTED** as to his request for voluntary dismissal of his remaining individual-capacity claims against David Alford and Ronnie Seal concerning the use of excessive force on March 4, 2010.

**IT IS FURTHER ORDERED** that plaintiff's individual-capacity claims against David Alford and Ronnie Seal concerning the use of excessive force on March 4, 2010, are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 30th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE